THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES MORRIALE, Appellant, against VERNON C. BRANHAM, as Superintendent of Woodbourne Institution for Defective Delinquents, Respondent.

Submitted January 3, 1944; decided January 13, 1944.

Motion for reargument granted.  (See 291 N. Y. 312.)